United States District Court
District of Massachusetts



Tony B. Gaskins,
    Plaintiff,

v.

UMass Correctional Health Services, et al.,
    Defendants.

Civil Action
No.

05-10858 GAO

Motion for Leave to Proceed
In Forma Pauperis

Now comes the Plaintiff and moves for leave of court to proceed in Forma Pauperis. The Plaintiff contends he has no money to pay the filing fees necessary for this action. To support this motion, he has attached a six month printout of his prison account.

Respectfully Submitted,

Tony B. Gaskins

Tony B. Gaskins, Pro Se
MCI-Cedar Junction
P.O. Box 100
So. Walpole, MA 02071

Dated: 4/15/05

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20050404 11:56

| | | | |
|---|---|---|---|
| Commit# : | W52145 | MCI CEDAR JUNCTION | Page : 1 |
| Name : | GASKINS, TONY, , | Statement From 20040901 | |
| Inst : | MCI CEDAR JUNCTION | To 20050404 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | |
| Cell/Bed : | 142 /A | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $21,857.31 | $21,679.44 | $0.00 | $0.00 |
| 20040907 22:30 | CN - Canteen | 3329508 | | CJ | ~Canteen Date : 20040907 | $0.00 | $5.92 | $0.00 | $0.00 |
| 20040908 16:50 | IS - Interest | 3337507 | | CJ | | $0.56 | $0.00 | $0.00 | $0.00 |
| 20040910 09:15 | EX - External Disbursement | 3362896 | 31959 | CJ | ~DEPOSIT~BANKNORTH MASSACHUSETTS | $0.00 | $50.00 | $0.00 | $0.00 |
| 20040913 22:30 | CN - Canteen | 3368748 | | CJ | ~Canteen Date : 20040913 | $0.00 | $9.53 | $0.00 | $0.00 |
| 20040914 09:52 | EX - External Disbursement | 3371111 | 32011 | CJ | ~THE SPORTING NEWS | $0.00 | $10.00 | $0.00 | $0.00 |
| 20040920 22:30 | CN - Canteen | 3397343 | | CJ | ~Canteen Date : 20040920 | $0.00 | $10.75 | $0.00 | $0.00 |
| 20040921 09:23 | IC - Transfer from Inmate to Club A/c | 3400181 | | CJ | ~BOXERS (3)~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $7.98 | $0.00 | $0.00 |
| 20040921 09:26 | IC - Transfer from Inmate to Club A/c | 3400220 | | CJ | ~1531,1541~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $12.93 | $0.00 | $0.00 |
| 20040927 22:30 | CN - Canteen | 3426347 | | CJ | ~Canteen Date : 20040927 | $0.00 | $8.74 | $0.00 | $0.00 |
| 20040928 11:03 | IC - Transfer from Inmate to Club A/c | 3428204 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $12.29 | $0.00 | $0.00 |
| 20041004 22:30 | CN - Canteen | 3454361 | | CJ | ~Canteen Date : 20041004 | $0.00 | $11.89 | $0.00 | $0.00 |
| 20041005 10:18 | EX - External Disbursement | 3457893 | 32224 | CJ | ~THE SPORTING NEWS | $0.00 | $10.00 | $0.00 | $0.00 |
| 20041005 10:18 | MA - Maintenance and Administration | 3457894 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041005 10:25 | EX - External Disbursement | 3458000 | 32223 | CJ | ~U.S. DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20041005 10:25 | EX - External Disbursement | 3458005 | 32222 | CJ | ~SPORTING NEWS | $0.00 | $14.55 | $0.00 | $0.00 |
| 20041008 14:19 | CI - Transfer from Club to Inmate A/c | 3482136 | | CJ | ~CTN CREDIT 10/8/04 ORDER~W52145 GASKINS,TONY PERSONAL~KCN WASH ACCOUNT - Z5 | $9.41 | $0.00 | $0.00 | $0.00 |
| 20041011 22:30 | CN - Canteen | 3485541 | | CJ | ~Canteen Date : 20041011 | $0.00 | $12.03 | $0.00 | $0.00 |
| 20041012 09:19 | ML - Mail | 3487442 | 08179075367/M.O. | CJ | ~KATRINA GASKINS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041012 09:30 | ML - Mail | 3487592 | 08183763536/M.O. | CJ | ~KATRINA GASKINS | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041013 16:59 | IS - Interest | 3502716 | | CJ | | $0.21 | $0.00 | $0.00 | $0.00 |
| 20041018 10:53 | IC - Transfer from Inmate to Club A/c | 3532429 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.83 | $0.00 | $0.00 |
| 20041020 09:10 | EX - External Disbursement | 3543392 | 32396 | CJ | ~BANKNORTH MASSACHUSETTS | $0.00 | $70.00 | $0.00 | $0.00 |
| 20041020 09:10 | EX - External Disbursement | 3543397 | 32395 | CJ | ~CENTURY BANK | $0.00 | $30.00 | $0.00 | $0.00 |
| 20041021 08:40 | ML - Mail | 3554572 | 08220036964/M.O. | CJ | ~JON GASKINS | $300.00 | $0.00 | $0.00 | $0.00 |
| 20041025 09:08 | EX - External Disbursement | 3562678 | 32433 | CJ | ~THE SPORTING NEWS | $0.00 | $10.00 | $0.00 | $0.00 |
| 20041025 22:30 | CN - Canteen | 3567753 | | CJ | ~Canteen Date : 20041025 | $0.00 | $9.69 | $0.00 | $0.00 |
| 20041026 08:46 | VC - Voided Check | 3568723 | 32223 | CJ | ~U.S. DISTRICT COURT | $5.00 | $0.00 | $0.00 | $0.00 |
| 20041027 09:43 | IC - Transfer from Inmate to Club A/c | 3574354 | | CJ | ~POSTAGE PER PROPERTY~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.29 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050404 11:56

Page: 2

| Commit# : | W52 45 | | | | MCI CEDAR JUNCTION | | | | |
| Name : | GASKINS, TONY, , | | | Statement From | 20040901 | | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050404 | | | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | | | |
| Cell/Bed : | 143 / A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041027 09:43 | EX - External Disbursement | 3574358 | 32471 | CJ | ~KOSS CORPORATION | $0.00 | $6.00 | $0.00 | $0.00 |
| 20041101 09:44 | EX - External Disbursement | 3593739 | 32528 | CJ | ~U.S. DISTRICT COURT | $0.00 | $5.00 | $0.00 | $0.00 |
| 20041101 09:44 | MA - Maintenance and Administration | 3593740 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041101 22:30 | CN - Canteen | 3597520 | | CJ | ~Canteen Date : 20041101 | $0.00 | $8.68 | $0.00 | $0.00 |
| 20041102 08:46 | EX - External Disbursement | 3598722 | 32557 | CJ | ~KATRINA GASKINS | $0.00 | $100.00 | $0.00 | $0.00 |
| 20041102 08:46 | EX - External Disbursement | 3598723 | 32556 | CJ | ~CENTURY BANK | $0.00 | $200.00 | $0.00 | $0.00 |
| 20041104 11:45 | IC - Transfer from Inmate to Club A/c | 3618560 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041104 11:45 | IC - Transfer from Inmate to Club A/c | 3618561 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041104 11:45 | IC - Transfer from Inmate to Club A/c | 3618563 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.60 | $0.00 | $0.00 |
| 20041108 22:30 | CN - Canteen | 3631242 | | CJ | ~Canteen Date : 20041108 | $0.00 | $7.74 | $0.00 | $0.00 |
| 20041110 09:19 | EX - External Disbursement | 3641507 | 32646 | CJ | ~LASHANDA BROWN | $0.00 | $15.00 | $0.00 | $0.00 |
| 20041110 16:46 | IS - Interest | 3648407 | | CJ | | $0.42 | $0.00 | $0.00 | $0.00 |
| 20041112 13:53 | IC - Transfer from Inmate to Club A/c | 3672529 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $8.70 | $0.00 | $0.00 |
| 20041122 10:10 | IC - Transfer from Inmate to Club A/c | 3707687 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.98 | $0.00 | $0.00 |
| 20041129 22:30 | CN - Canteen | 3736065 | | CJ | ~Canteen Date : 20041129 | $0.00 | $8.06 | $0.00 | $0.00 |
| 20041206 22:30 | CN - Canteen | 3772617 | | CJ | ~Canteen Date : 20041206 | $0.00 | $7.23 | $0.00 | $0.00 |
| 20041207 08:49 | ML - Mail | 3773678 | | CJ | ~CANNOT READ NAME | $30.00 | $0.00 | $0.00 | $0.00 |
| 20041207 08:49 | MA - Maintenance and Administration | 3773679 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20041207 08:49 | ML - Mail | 3773682 | | CJ | ~CANNOT READ NAME | $25.00 | $0.00 | $0.00 | $0.00 |
| 20041207 08:55 | ML - Mail | 3773757 | | CJ | ~JOAN | $20.00 | $0.00 | $0.00 | $0.00 |
| 20041207 17:00 | IS - Interest | 3781492 | | CJ | | $0.12 | $0.00 | $0.00 | $0.00 |
| 20041208 08:32 | ML - Mail | 3794865 | 0759555605 2/M.O. | CJ | ~C. JONES | $100.00 | $0.00 | $0.00 | $0.00 |
| 20041213 22:30 | CN - Canteen | 3823299 | | CJ | ~Canteen Date : 20041213 | $0.00 | $14.80 | $0.00 | $0.00 |
| 20041214 08:26 | EX - External Disbursement | 3824815 | 32939 | CJ | ~AKEEM GASKINS | $0.00 | $50.00 | $0.00 | $0.00 |
| 20041214 09:02 | ML - Mail | 3825315 | | CJ | ~NO NAME GIVEN | $29.00 | $0.00 | $0.00 | $0.00 |
| 20041214 10:44 | IC - Transfer from Inmate to Club A/c | 3826266 | | CJ | ~AM/FM RADIO W/HEADPHONES~CANTEEN CORP. WASH ACCOUNT - Z6~CANTEEN CORP. WASH ACCOUNT - Z6 | $0.00 | $23.63 | $0.00 | $0.00 |
| 20041216 09:31 | ML - Mail | 3843015 | | CJ | ~ROSE LOCKWOOD | $40.00 | $0.00 | $0.00 | $0.00 |
| 20041220 22:30 | CN - Canteen | 3858059 | | CJ | ~Canteen Date : 20041220 | $0.00 | $3.84 | $0.00 | $0.00 |
| 20041222 11:21 | EX - External Disbursement | 3866487 | 33018 | CJ | ~AKEEM GASKINS | $0.00 | $50.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20050404 11:56

Page: 3

| Commit# : | W52145 | | | | MCI CEDAR JUNCTION | | | |
| Name : | GASKINS, TONY,, | | | Statement From | 20040901 | | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20050404 | | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | | |
| Cell/Bed : | 143 /A | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20041227 22:30 | CN - Canteen | 3890326 | | CJ | ~Canteen Date : 20041227 | $0.00 | $3.57 | $0.00 | $0.00 |
| 20050103 22:30 | CN - Canteen | 3921774 | | CJ | ~Canteen Date : 20050103 | $0.00 | $5.32 | $0.00 | $0.00 |
| 20050110 22:30 | CN - Canteen | 3956917 | | CJ | ~Canteen Date : 20050110 | $0.00 | $3.05 | $0.00 | $0.00 |
| 20050112 09:00 | EX - External Disbursement | 3964449 | 33275 | CJ | ~KATRINA GASKINS | $0.00 | $20.00 | $0.00 | $0.00 |
| 20050112 09:00 | MA - Maintenance and Administration | 3964450 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050113 17:06 | IS - Interest | 3982580 | | CJ | | $0.31 | $0.00 | $0.00 | $0.00 |
| 20050117 22:30 | CN - Canteen | 4001173 | | CJ | ~Canteen Date : 20050117 | $0.00 | $1.37 | $0.00 | $0.00 |
| 20050124 22:30 | CN - Canteen | 4030541 | | CJ | ~Canteen Date : 20050124 | $0.00 | $2.56 | $0.00 | $0.00 |
| 20050131 11:38 | EX - External Disbursement | 4059369 | 33469 | CJ | ~TIFFANY BROWN | $0.00 | $24.00 | $0.00 | $0.00 |
| 20050131 22:30 | CN - Canteen | 4060854 | | CJ | ~Canteen Date : 20050131 | $0.00 | $4.49 | $0.00 | $0.00 |
| 20050201 14:51 | IC - Transfer from Inmate to Club A/c | 4066026 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050201 14:51 | IC - Transfer from Inmate to Club A/c | 4066027 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| 20050202 10:35 | IC - Transfer from Inmate to Club A/c | 4072046 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.75 | $0.00 | $0.00 |
| 20050202 11:24 | IC - Transfer from Inmate to Club A/c | 4072357 | | CJ | ~NOTARIZED DOCUMENTS~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20050207 22:30 | CN - Canteen | 4096631 | | CJ | ~Canteen Date : 20050207 | $0.00 | $1.92 | $0.00 | $0.00 |
| 20050209 12:50 | IC - Transfer from Inmate to Club A/c | 4106276 | | CJ | ~SOCKS,SHOWER SHOES~KCN WASH ACCOUNT - Z5~KCN WASH ACCOUNT - Z5 | $0.00 | $4.95 | $0.00 | $0.00 |
| 20050209 16:46 | IS - Interest | 4111663 | | CJ | | $0.25 | $0.00 | $0.00 | $0.00 |
| 20050214 13:13 | IC - Transfer from Inmate to Club A/c | 4144327 | | CJ | ~DDU HEARING TAPE PER INMATE REQUEST~INMATE RESTITUTION - Z42~INMATE RESTITUTION - Z42 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20050214 22:30 | CN - Canteen | 4145887 | | CJ | ~Canteen Date : 20050214 | $0.00 | $7.56 | $0.00 | $0.00 |
| 20050221 22:30 | CN - Canteen | 4175272 | | CJ | ~Canteen Date : 20050221 | $0.00 | $3.84 | $0.00 | $0.00 |
| 20050224 10:18 | EX - External Disbursement | 4194952 | 33777 | CJ | ~K AND A MAIL ORDER SERVICE | $0.00 | $3.00 | $0.00 | $0.00 |
| 20050224 10:18 | MA - Maintenance and Administration | 4194953 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20050224 11:43 | IC - Transfer from Inmate to Club A/c | 4195116 | | CJ | ~CERT. POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $10.22 | $0.00 | $0.00 |
| 20050307 22:30 | CN - Canteen | 4240516 | | CJ | ~Canteen Date : 20050307 | $0.00 | $2.74 | $0.00 | $0.00 |
| 20050314 22:30 | CN - Canteen | 4273250 | | CJ | ~Canteen Date : 20050314 | $0.00 | $6.06 | $0.00 | $0.00 |
| 20050315 16:53 | IS - Interest | 4282771 | | CJ | | $0.09 | $0.00 | $0.00 | $0.00 |
| 20050321 22:30 | CN - Canteen | 4321004 | | CJ | ~Canteen Date : 20050321 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20050322 08:16 | ML - Mail | 4323119 | | CJ | ~DIANE MURPHY | $20.00 | $0.00 | $0.00 | $0.00 |
| 20050322 08:16 | MA - Maintenance and Administration | 4323121 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
## Inmate Transaction Report

Date : 20050404 11:56

| | | |
|---|---|---|
| Commit# : | W52145 | |
| Name : | GASKINS, TONY, , | |
| Inst : | MCI CEDAR JUNCTION | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | |
| Cell/Bed : | 143 /A | |

MCI CEDAR JUNCTION

Statement From 20040901
To 20050404

Page : 4

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20050323 08:48 | EX - External Disbursement | 4328686 | 34083 | CJ | ~SURROGATE SISTERS | $0.00 | $12.00 | $0.00 | $0.00 |
| 20050325 13:08 | IC - Transfer from Inmate to Club A/c | 4347568 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $2.49 | $0.00 | $0.00 |
| 20050329 14:40 | IC - Transfer from Inmate to Club A/c | 4356773 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.06 | $0.00 | $0.00 |
| 20050329 14:40 | IC - Transfer from Inmate to Club A/c | 4356780 | | CJ | ~POSTAGE~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.37 | $0.00 | $0.00 |
| | | | | | | $780.37 | $951.57 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $6.67 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $6.67 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |