United States District Court
District of Massachusetts


RECEIVED APR 2 5 2005

Tony B. Gaskins,
    Plaintiff,

v.

UMass Correctional Health Services, et al,
    Defendants.

Civil Action

No. 05-10858 GAO

### Motion to Serve Defendants by Regular Mail

Now comes the plaintiff in the above-entitled matter moves this court to permit him to make any/all process of service on defendants by regular mail. Plaintiff contends because of his poverty he has no money to make service any other way. Moreover, plaintiff is currently in D.D.U. and has no way to earn wages to pay for certified mail.

Respectfully submitted,

Tony B. Gaskins

Tony B. Gaskins, Pro Se
MCI-Cedar Junction
P.O. Box 100
So. Walpole, MA. 02071

Dated: 4/15/05