United States District Court
District of Massachusetts

Tony B. Gaskins,                                Civil Action
        Plaintiff,                              No.
v.
UMass Correctional Health Services, et al.,     05 - 10858 GAO
        Defendants.

## Motion to Appoint Counsel

Now comes the Plaintiff in the above-entitled matter moves this court to appoint him counsel to represent him on the complex and important matters outlined in his complaint. The Plaintiff contends that he has a meritorious medical claim that could only be successfully adjudicated through experienced counsel.

Wherefore, Plaintiff prays this motion is granted.

Respectfully Submitted,

Tony B. Gaskins
Tony B. Gaskins, Pro Se
MCI-Cedar Junction
P.O. Box 100
So. Walpole, MA 02071

Dated: 4/15/05