UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS                                    CIVIL ACTION NO. 05-CV-10858-GAO

        Plaintiff,

vs.

UMASS CORRECTIONAL
HEALTH SERVICES, ET AL.

        Defendants.

## NOTICE OF APPEARANCE

Without waiving the right of any defendant to personal service of process as required by Fed.R.Civ.P. 4(c), and Fed.R.Civ.P. 4(d)(1), the undersigned counsel hereby enters her appearance on behalf of the following defendants: David Nolan, Susan J. Martin and Lisa Mitchell.

Dated: June 28, 2005                              Respectfully submitted,

                                                 NANCY ANKERS WHITE
                                                 Special Assistant Attorney General

                                                 /s/ Jody T. Adams
                                                 _____

                                                 Jody T. Adams, Counsel
                                                 BBO No. 633795
                                                 Department of Correction
                                                 Legal Division
                                                 70 Franklin Street, Suite 600
                                                 Boston, MA 02110-1300
                                                 (617) 727-3300 x169

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served on plaintiff (pro se) via first class mail.

Dated: 6/28/2005

/s/ Jody T. Adams
_____
Jody T. Adams, Counsel