UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS          CIVIL ACTION NO. 05-CV-10858-GAO

       Plaintiff,

vs.

UMASS CORRECTIONAL
HEALTH SERVICES, ET AL.

       Defendants.

## **DEFENDANTS' MOTION TO ENLARGE TIME**

Defendants David Nolan, Susan Martin and Lisa Mitchell, through counsel, hereby move for an enlargement of time in which to file a responsive pleading up to and including July 28, 2005.

As grounds therefore, counsel for defendants states that she was just recently assigned this case. Due to an ever increasing caseload and numerous other competing demands on her time, the requested extension is needed to investigate the Complaint's numerous allegations and to prepare an informed responsive pleading in compliance with the civil rules.

                                      Respectfully submitted,

                                      NANCY ANKERS WHITE
                                      Special Assistant Attorney General

                                      /s/ Jody T. Adams

DATED: June 28, 2005       _____

                                      Jody T. Adams, Counsel
                                      B.B.O. # 633795
                                      Department of Correction, Legal Division
                                      70 Franklin Street, Suite 600
                                      Boston, MA  02110-1300
                                      (617) 727-3300 ext. 169

## **CERTIFICATE OF SERVICE**

      I hereby state under the pains and penalties of perjury that I did this day serve a photocopy of the above document upon the plaintiff (pro se) via first class mail.

                                        /s/ Jody T. Adams

Date:  6/28/2005                     _____

                                        Jody T. Adams