UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS                               CIVIL ACTION NO. 05-CV-10858-GAO

       Plaintiff,

vs.

UMASS CORRECTIONAL
HEALTH SERVICES, ET AL.

       Defendants.

## DEFENDANT NOLAN, MITCHELL AND MARTIN'S MOTION TO DISMISS AND/OR MOTION FOR SUMMARY JUDGMENT

Defendants David Nolan, Lisa Mitchell and Susan Martin, for the reasons set forth in the accompanying memorandum of law and exhibits, hereby move to dismiss plaintiff's Complaint pursuant to Fed. R.Civ.P. 12(b)(6). In the alternative, the aforesaid defendants move that summary judgment enter in their favor as provided by Fed.R.Civ.P. 56.

Dated: July 27, 2004                         Respectfully submitted,

                                          NANCY ANKERS WHITE
                                          Special Assistant Attorney General

                                          /s/ Jody T. Adams
                                          _____
                                          Jody T. Adams, Counsel
                                          BBO No. 633795
                                          Department of Correction
                                          Legal Division
                                          70 Franklin Street, Suite 600
                                          Boston, MA 02110-1300
                                          (617) 727-3300 x169

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this date a true copy of the above document was served on plaintiff (pro se) via first class mail.

|  |  |
|---|---|
| Dated: July 27, 2005 | /s/ Jody T. Adams<br>_____<br>Jody T. Adams, Counsel |