UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS                              CIVIL ACTION NO. 05-CV-10858-GAO

        Plaintiff,

vs.

UMASS CORRECTIONAL
HEALTH SERVICES, ET AL.

        Defendants.

**DEFENDANTS' MOTION TO STAY ALL FURTHER PROCEEDINGS
PENDING THE OUTCOME OF DEFENDANTS' MOTION TO DISMISS
AND/OR MOTION FOR SUMMARY JUDGMENT**

Defendants Nolan, Mitchell and Martin, through counsel, hereby request that this Court stay all further proceedings pending the outcome of said defendants' Motion to Dismiss and/or Motion for Summary Judgment, filed with this Court on July 27, 2005. As grounds therefore, counsel for said defendants states that any discovery would be premature as the issues in this case may be significantly narrowed by the resolution of the pending Motion.

Wherefore, Defendants request that the Court stay all further proceedings in this case, including discovery, pending a ruling on defendants' Motion to Dismiss and/or Motion for Summary Judgment.

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ Jody T. Adams

DATED: July 27, 2005

_____
Jody T. Adams, Counsel
B.B.O. # 633795
Department of Correction, Legal Division
70 Franklin Street, Suite 600
Boston, MA  02110-1300
(617) 727-3300 ext. 169

## **CERTIFICATE OF SERVICE**

I hereby state under the pains and penalties of perjury that I did this day serve a photocopy of the above document upon the plaintiff (pro se) via first class mail.

/s/ Jody T. Adams

Date:   7/27/2005    _____

Jody T. Adams