UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS                                    CIVIL ACTION NO. 05-CV-10858-GAO

        Plaintiff,

vs.

UMASS CORRECTIONAL
HEALTH SERVICES, ET AL.

        Defendants.

## DEFENDANTS' MOTION TO WAIVE LOCAL RULE 7.1(A)(2)

Defendants hereby request that this Court exempt them from the requirements of Local Rule 7.1(A)(2) relative to the following motion being filed with this Court:  Defendants' Motion to Dismiss and/or Motion for Summary Judgment.

Any attempt to confer with the plaintiff, who is a *pro se* prisoner, would be unduly burdensome and serve no purpose because defendants are correct on the law and the issues addressed in defendants' motion would not be resolved by such a conference.

Defendants, therefore, respectfully request that this Honorable Court exempt them from the requirements of Local Rule 7.1(A)(2).

Respectfully submitted,

NANCY ANKERS WHITE
Special Assistant Attorney General

/s/ Jody T. Adams

DATED: July 27, 2005

_____
Jody T. Adams, Counsel
B.B.O. # 633795
Department of Correction, Legal Division
70 Franklin Street, Suite 600
Boston, MA  02110-1300
(617) 727-3300 ext. 169

## **CERTIFICATE OF SERVICE**

I hereby state under the pains and penalties of perjury that I did this day serve a photocopy of the above document upon the plaintiff (pro se) via first class mail.

/s/ Jody T. Adams

Date:   7/27/2005     _____

Jody T. Adams