**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tony B. Gaskins | 05-10858-GAO |
| DEFENDANT | TYPE OF PROCESS |
| UMass Correctional Health Services, et al | Civil |

**SERVE** ➤ NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Stanley Galas, Nurse Practitioner

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

MCI-Cedar Junction, Route 1A, South Walpole, Ma. 02071

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Tony B. Gaskins
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Normal business hours at the prison, or at his employer: UMass Correctional Health Services, One Research Drive-Suite 120 Westborough, Ma. 01581

Signature of Attorney or other Originator requesting service on behalf of:  [X] PLAINTIFF  [ ] DEFENDANT   TELEPHONE NUMBER: n/a   Date: 7/05

*Tony B. Gaskins* (signature)

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process: 1 | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk: *Nancy Talavera* | Date: 8/17/05 |

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above): Ken Clacherty, Health Services Administrator

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above):

Date of Service: 9/9/05   Time: 7:30 pm

Signature of U.S. Marshal or Deputy: *Don Fox*

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| 45.00 | 13.87 | | 58.87 | | |

REMARKS:

⚐AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE _____ District of __MASSACHUSETTS__

Tony B. Gaskins, Plaintiff

V.

UMass Correctional Health Services, et al.,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**05 10858 GAO**

TO: (Name and address of Defendant) Stanley Galas, NP, Health Service Administrator, Health Service Unit, MCI-Cedar Junction, P.O. Box 100, South Walpole, Ma. 02071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tony B. Gaskins, MCI-Cedar Junction, P.O. Box 100, South Walpole, Ma. 02071

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

_Jena Edge_
(By) DEPUTY CLERK

_August 4, 2005_
DATE