U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See Instructions for "Service of Process by the U.S. ~~Marshal~~"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Tony B. Gaskins, Pro se | 05-CV-10858-GA |
| **DEFENDANT** | **TYPE OF PROCESS** |
| UMass Correctional Health Services | Civil |

| SERVE ➡ AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE | CONDEMN |
|---|---|---|
| | Dr. Carl Singletary | |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) | |
| | MCI-Cedar Junction, Route 1A, South Walpole, Ma. 02071 | |

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Tony B. Gaskins<br>MCI-Cedar Junction<br>P.O. Box 100<br>So. Walpole, Ma. 02071 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All
Telephone Numbers, and Estimated Times Available For Service):
Fold

Normal business hours at the prison or at his employer:
UMass Correctional Health Services, One Research Drive-Suite 120C,
Westborough, Ma. 01581

| Signature of Attorney or other Originator requesting service on behalf of: | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>n/a | DATE<br>8/ 05 |
|---|---|---|---|
| *Tony B. Gaskins* | | | |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 38 | No. 38 | *Nancy Jalauia* | 7/7/05 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described
on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

| Name and title of individual served (if not shown above) | | |
|---|---|---|
| Ken Clacherty  Health Services Administrator | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode. | |
| Address (complete only if different than shown above) | Date of Service  9/9/05 | Time  09 30  ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount Refund |
|---|---|---|---|---|---|---|
| 45.00 | | | | | | |

REMARKS:

**1. CLERK OF THE COURT**
FORM USM-285 (12/15/80)

AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE                    District of          MASSACHUSETTS

Tony B. Gaskins, Plaintiff

V.

UMass Correctional
Health Services, et al.,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 10858 GA )

TO: (Name and address of Defendant) Dr. Carl Singletary, MCI-Cedar Junction,
Health Service Unit, P.O. Box 100, South Walpole, Ma. 02071

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and   ress)

Tony B. Gaskins, Pro se, MCI-Cedar Junction, P.O. Box 100,
South Walpole, Ma. 02071

an answer to the complaint which is herewith served upon you, within _____20_____ days after ser    of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken a    st you for
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court withir    easonable
period of time after service.

**SARAH A. THORNTON**

_____          _August 4, 200._____
CLERK                                        DATE

_____
(By) DEPUTY CLERK