United States District Court
District of Massachusetts

Tony B. Gaskins,
    Plaintiff,

v.

UMass Correctional Health Services, et al.,
    Defendants.

Civil Action
No. 05-10858-GAO

Plaintiff's Motion for a
Pre-Trial Conference

Now comes the Plaintiff, Tony B. Gaskins, respectfully moves this Honorable Court to schedule a pre-trial conference, pursuant to Fed. R. Civ. P. 16(1).

Respectfully Submitted,

Tony B. Gaskins
Tony B. Gaskins, Pro Se
MCI-Cedar Junction
P.O. Box 100
So. Walpole, Ma. 02071

Dated: 9/5/05

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TONY B. GASKINS,
  PLAINTIFF,

v.

UMASS CORRECTIONAL
HEALTH SERVICES, ET AL.,
  DEFENDANTS.

CIVIL ACTION
No. 05-10858-GAO

### CERTIFICATE OF SERVICE

I, TONY B. GASKINS, CERTIFY THAT I CAUSED A COPY OF MY "MOTION FOR A PRE-TRIAL CONFERENCE" TO BE SERVED ON: JODY T. ADAMS, COUNSEL, LEGAL DIVISION, DEPARTMENT OF CORRECTION, 70 FRANKLIN STREET, SUITE 600, BOSTON, MA. 02110-1300, BY FIRST CLASS MAIL, POSTAGE PREPAID.

DATED: 9/5/05

_Tony B. Gaskins_
TONY B. GASKINS, PRO SE
MCI-CEDAR JUNCTION
P.O. BOX 100
S. WALPOLE, MA. 02 71