UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10858-GAO

_____
                                        )
TONY B. GASKINS,                        )
        Plaintiff,                      )
                                        )
V.                                      )
                                        )
UMASS CORRECTIONAL HEALTH SERVICES, )
DR. CARL SINGLETARY, and                )
STANLEY GALAS, NP, et al.               )
        Defendant,                      )
_____)

**ANSWER OF DEFENDANT, STANLEY GALAS, NP,
TO PLAINTIFF'S AMENDED VERIFIED CIVIL COMPLAINT**

**FIRST DEFENSE**

The plaintiff's Complaint fails to state a claim upon which relief can be granted.

**SECOND DEFENSE**

The defendant responds to the allegations contained in the plaintiff's Complaint,

paragraph by paragraph, as follows:

**INTRODUCTION**

No response to this paragraph of the plaintiff's Amended Complaint is required as

it appears to state conclusions of law. However, to the extent this paragraph implies any

negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

**JURISDICTION**

No response to this paragraph of the plaintiff's Amended Complaint is required as

it appears to state conclusions of law. However, to the extent this paragraph implies any

negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

964267v1

-2-

## PARTIES

1.      The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

2.      The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

3.      The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

4.      The defendant admits that he served as the Health Service Administrator at MCI-Cedar Junction.  The defendant denies the remaining allegations set forth in this paragraph of plaintiff's Amended Complaint.

5.      The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

6.      The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

7.      The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.

## STATEMENT OF FACTS

8.      The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

9.      The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to

964267v1

the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

10.    The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

11.    The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

12.    The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

13.    The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

14.    The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

964267v1

15.    The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

16.    To the extent this paragraph alleges any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

17.    To the extent this paragraph alleges any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

18.    To the extent this paragraph alleges any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

19.    To the extent this paragraph alleges any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

20.    The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

21.    The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

22.    The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to

-4-

the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

23.    The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

24.    The defendant denies the allegations set forth in this paragraph of plaintiff's Amended Complaint.

25.    The defendant denies the allegations set forth in this paragraph of plaintiff's Amended Complaint.

26.    The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

27.    To the extent this paragraph alleges any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

28.    To the extent this paragraph alleges any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

29.    To the extent this paragraph alleges any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

30.    To the extent this paragraph alleges any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

964267v1

31.     To the extent this paragraph alleges any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

32.     To the extent this paragraph alleges any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

33.     To the extent this paragraph alleges any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

## CAUSES OF ACTION
## COUNT I

34.     The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent that this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

## COUNT II

35.     The defendant makes no response to this paragraph of the plaintiff's Amended Complaint as this paragraph does not pertain to this defendant.  However, to the extent that this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

## COUNT III

36.     The defendant denies the allegations set forth in this paragraph of plaintiff's Amended Complaint.

## COUNT IV

37.     No response to this paragraph of the plaintiff's Amended Complaint is required as it does not pertain to this defendant.  However, to the extent this paragraph

964267v1

-7-

implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

## COUNT V

38.     No response to this paragraph of the plaintiff's Amended Complaint is required as it does not pertain to this defendant.  However, to the extent this paragraph implies any negligence and/or wrongdoing on behalf of this defendant, the allegations are denied.

## PRAYERS FOR RELIEF

A.     To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.  The defendant denies that the plaintiff is entitled to the relief requested in this paragraph of plaintiff's Amended Complaint.

B.     To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.  The defendant denies that the plaintiff is entitled to the relief requested in this paragraph of plaintiff's Amended Complaint.

C.     To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.  The defendant denies that the plaintiff is entitled to the relief requested in this paragraph of plaintiff's Amended Complaint.

D.     To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.  The defendant denies

964267v1

that the plaintiff is entitled to the relief requested in this paragraph of plaintiff's Amended Complaint.

E.       To the extent the allegations in this paragraph of the plaintiff's Amended Complaint are intended to apply to this defendant, they are denied.  The defendant denies that the plaintiff is entitled to the relief requested in this paragraph of plaintiff's Amended Complaint.

## THIRD DEFENSE

By way of affirmative defense, the defendant says that if the plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct this defendant was not and is not legally responsible.

## FOURTH DEFENSE

By way of affirmative defense, the defendant says that the action is barred by the applicable statute of limitations.

## FIFTH DEFENSE

By way of affirmative defense, the defendant says that the action should be dismissed because of lack of jurisdiction over the defendant.

## SIXTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff, by his conduct and actions and/or the conduct and actions of his agents and servants, is estopped to recover any judgment against the defendant.

## SEVENTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff, by his conduct and actions and/or the conduct and actions of his agents and servants, has waived

964267v1

-9-

any and all rights he may have had against the defendant, and, therefore, the plaintiff cannot recover in this action.

## EIGHTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff consented to the defendant's alleged conduct, acts and statements and, therefore, the plaintiff cannot recover.

## NINTH DEFENSE

By way of affirmative defense, the defendant says that he is protected from liability by a qualified immunity for any of the matters raised in the plaintiff's Complaint.

## TENTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff failed to properly present his claim pursuant to the requirements of the Massachusetts Tort Claim Act, M.G.L. c. 258, §4.

## ELEVENTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiff failed to exhaust his administrative remedies as required by 42 U.S.C. §1997(e)(a).

**THE DEFENDANT DEMANDS A TRIAL BY JURY ON ALL ISSUES.**

I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on this **22nd** day of **September**, 2005.

/s/ James A. Bello

_____

James A. Bello / Boaz N. Levin

The Defendant,
STANLEY GALAS, NP,
By his attorneys,

/s/ James A. Bello

_____

James A. Bello, BBO# 633550
Boaz N. Levin, BBO# 659904
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02210
(617) 439-7500

964267v1

-10-