UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-10858-GAO

| | |
|---|---|
| TONY B. GASKINS,<br>    Plaintiff, | )<br>)<br>) |
| V. | )<br>) |
| UMASS CORRECTIONAL HEALTH SERVICES,<br>DR. CARL SINGLETARY, and<br>STANLEY GALAS, NP, et al.<br>    Defendant, | )<br>)<br>)<br>)<br>) |

## DEFENDANTS, STANLEY GALAS AND CARL SINGLETARY, M.D.'S MOTION FOR SUMMARY JUDGMENT

The defendants, Stanley Galas and Carl Singletary, by counsel, move this Honorable Court, pursuant to Fed. R. Civ. P 56, for summary judgment in their favor and against the plaintiff on all claims.

As grounds therefor, the defendants direct the court to the accompanying Memorandum of Law and state the following:

1. This is a claim by a *pro se* inmate charging violations of his civil rights in the health care and treatment rendered to the plaintiff.

2. The plaintiff has not and cannot demonstrate deliberate indifference to his medical needs on the part of the defendants, in the face of the medical evaluations and recommended care and treatment as documented in the Affidavit of Stanley Galas. To the contrary, the medical records support the defendants' position that the plaintiff received appropriate care for all his medical complaints.

970921v1

| | |
|---|---|
| I hereby certify that a true copy of the above document was served upon (each party appearing pro se and) the attorney of record for each (other) party by mail (by hand) on the **28th** day of **October**, 2005.<br><br>/S/ Boaz N. Levin<br>_____<br>James A. Bello / Boaz N. Levin | Respectfully Submitted,<br>The Defendants,<br>STANLEY GALAS AND<br>CARL SINGLETARY, M.D.<br>By their attorneys,<br><br>/S/ Boaz N. Levin<br>_____<br>James A. Bello, BBO# 633550<br>Boaz N. Levin, BBO# 659904<br>MORRISON MAHONEY LLP<br>250 Summer Street<br>Boston, MA 02210<br>(617) 439-7500 |

970921v1