UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Plaintiff,

v.

Dr. Carl Singletary, et al.,

    Defendants.

Civil Action
No. 05-10858-GAO

## MOTION FOR WRIT OF HABEAS CORPUS AD-TESTIFICANDUM

Now comes the plaintiff, Tony B. Gaskins, in the above-civil action moves this Honorable Court to order the Superintendent at MCI-Cedar Junction, to have brought before this court Mr. Gaskins for any matter relevant to orally argue his pleadings before the court as submitted within his Cross Motion for Summary Judgment, or any other matter this court deems the plaintiff's presence is necessary.

Respectfully Submitted,

Tony B. Gaskins, pro se
MCI-Cedar Junction
2405 Main Street, Rte 1A
South Walpole, Ma. 02071

Dated: 11/4/05