UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Plaintiff,

v.

Dr. Carl Singletary, et al.,

    Defendants.

Civil Action
No. 05-10858-GAO

**"VERIFIED"
PLAINTIFF'S OPPOSITION TO DEFENDANTS, LISA MITCHELL, DAVID NOLAN, SUSAN MARTIN, STANLEY GALAS AND CARL SINGLETARY, M.D.'S MOTION FOR SUMMARY JUDGMENT, AND PLAINTIFF CROSS MOTION FOR SUMMARY JUDGMENT**

Now comes the Plaintiff, Tony B. Gaskins, in opposition to the defendants Lisa Mitchell, David Nolan, Susan Martin, Stanley Galas and Carl Singletary, M.D.'s motion for summary judgment pursuant to Fed. R. Civ. P. 56, and cross motion this court for summary judgment against all parties. See attached "Verified" Memorandum of Law in Support of this motion.

                                      Respectfully Submitted,

                                      Tony B. Gaskins, Pro se
                                      MCI-Cedar Junction
                                      P.O. Box 100
                                      South Walpole, Ma. 02071

Dated: 11/4/05