UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2006 AUG -1  P 1:44

U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Action
No. 05-10858-GAO

Tony B. Gaskins,

    Plaintiff,

v.

Dr. Carl Singletary, et al.,

    Defendants.

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO EXPAND THE RECORD

Now comes the Plaintiff, Tony B. Gaskins, in the above-entitled civil action moves for leave of court to expand the record. In support hereof, the plaintiff states the following:

1. Presently this court has under advisement the defendants and plaintiff's summary judgment motions. The plaintiff has additional evidence to provide to this court that will support his claims now being decided by this court.

2. Since the filing of his original pleadings in this matter, the plaintiff's conditions has worsened and has been identified through a recent MRI that was conducted on the plaintiff by the Lemuel Shattuck Hospital.

3. In its findings, Dr. Joshua Stein assessed that "[t]here is fragmentation of the distal clavicle. There is a significant amount of separation between the distal clavicle and acromion. Edema is also seen in the surrounding soft tissues.

There is a marked amount of spurring surrounding the acromion." See attached exhibits. The plaintiff does need second surgery to correct the errors of the past.

                                       Respectfully Submitted,

                                       Tony B. Gaskins, Pro se
                                       MCI-Cedar Junction
                                       P.O. Box 100
                                       South Walpole, Ma. 02071

Dated: 7/24/06

## CERTIFICATE OF SERVICE

    I, Tony B. Gaskins, certify that I caused a true copy to be served on: Jody T. Adams, Counsel, Department of Correction, Legal Division, 70 Franklin Street, Suite 600, Boston, Ma. 02110-1300, by first class mail, postage pre-paid. Also, a copy was served on Dr. Carl Singletary and Stanley Glear attorney of record.

                                         Tony B. Gaskins, Pro se

Dated: 7/24/06