UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Plaintiff,

v.

Dr. Carl Singletary, et al.,

    Defendants.

Civil Action
No. 05-10858-GAO

### PLAINTIFF'S MOTION FOR LEAVE TO APPEAL TO THE FIRST CIRCUIT COURT OF APPEALS IN FORMA PAUPERIS

The Plaintiff, Tony G. Gaskins, seeks leave of court to appeal to the First Circuit Court of Appeals in Forma Pauperis the Report and Recommendation of U.S.M.J. Bowler on July 31, 2006.

Respectfully Submitted,

Tony B. Gaskins, pro se

Dated: 8/8/06

### CERTIFICATE OF SERVICE

I, Tony B. Gaskins, certify that I caused a true copy to be served on:

James A. Bello, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, Ma. 02210

Jody T. Adams, Esq.
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, Ma. 02110-1300

Tony B. Gaskins, pro se

Dated: 8/8/06