UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Tony B. Gaskins**

Plaintiff(s)

v.    CIVIL ACTION NO. **05-10858**

**Carl Singeltary, M.D. et al**

Defendant(s)

## JUDGMENT IN A CIVIL CASE

_____O'Toole____, D.J.

☐ **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

"...Accordingly, the defendants' respective motions for summary judgment (dkt.nos 15 and 32) are GRANTED, and judgment shall enter in favor of the defendants.

SARAH A. THORNTON,
CLERK OF COURT

Dated: 9/28/06     By    /s/ Eugenia Edge
                              Deputy Clerk