UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Plaintiff,

v.

Dr. Carl Singletary, et al.,

    Defendants.

Civil Action
No. 05-10858-GAO

FILED
IN CLERKS OFFICE
2006 OCT 21 A 2:35
U.S. DISTRICT COURT
DISTRICT OF MASS.

### PLAINTIFF'S MOTION FOR LEAVE TO APPEAL TO THE FIRST CIRCUIT COURT OF APPEALS IN FORMA PAUPERIS

The Plaintiff, Tony G. Gaskins, seeks leave of court to appeal to the First Circuit Court of Appeals in Forma Pauperis the Report and Recommendation of U.S.M.J. Bowler on July 31, 2006.

Respectfully Submitted,

_____
Tony B. Gaskins, pro se

Dated: 10/3/06

### CERTIFICATE OF SERVICE

I, Tony B. Gaskins, certify that I caused a true copy to be served on:

James A. Bello, Esq.
Morrison Mahoney, LLP
250 Summer Street
Boston, Ma. 02210

Jody T. Adams, Esq.
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, Ma. 02110-1300

_____
Tony B. Gaskins, pro se

Dated: 10/3/06

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060920 09:49

| Commit# : | W52145 | | | | MCI CEDAR JUNCTION | | | Page : | 1 |
|---|---|---|---|---|---|---|---|---|---|
| Name : | GASKINS, TONY, , | | | | Statement From | 20060101 | | | |
| Inst : | MCI CEDAR JUNCTION | | | | To | 20060920 | | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | | | |
| Cell/Bed : | 186 /A | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $23,153.39 | $23,141.10 | $0.00 | $0.00 |
| 20060104 12:15 | IC - Transfer from Inmate to Club A/c | 5896754 | | CJ | ~POSTAGE (LESLIE WALKER)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $3.95 | $0.00 | $0.00 |
| 20060109 22:30 | CN - Canteen | 5926177 | | CJ | ~Canteen Date : 20060109 | $0.00 | $3.90 | $0.00 | $0.00 |
| 20060113 15:22 | IC - Transfer from Inmate to Club A/c | 5956178 | | CJ | ~POSTAGE (APPEALS COURT)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.35 | $0.00 | $0.00 |
| 20060113 15:26 | IC - Transfer from Inmate to Club A/c | 5956180 | | CJ | ~POSTAGE (DARYL GLAZER)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.35 | $0.00 | $0.00 |
| 20060117 09:13 | ML - Mail | 5961474 | | CJ | ~CANNOT READ NAME | $25.00 | $0.00 | $0.00 | $0.00 |
| 20060117 09:13 | MA - Maintenance and Administration | 5961476 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060117 09:32 | IC - Transfer from Inmate to Club A/c | 5961981 | | CJ | ~20% OF $25 INCOME REC'D 1/17/06 - CFF # 05-10858~FILING FEE HOLDING ACCOUNT - Z177~FILING FEE HOLDING ACCOUNT - Z177 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20060119 16:40 | IS - Interest | 5987540 | | CJ | | $0.04 | $0.00 | $0.00 | $0.00 |
| 20060120 08:27 | ML - Mail | 6002340 | | CJ | ~K. GASKINS | $25.00 | $0.00 | $0.00 | $0.00 |
| 20060120 08:55 | IC - Transfer from Inmate to Club A/c | 6002508 | | CJ | ~20% OF $25 INCOME REC'D 1/20/06 - CFF # 05-10858~FILING FEE HOLDING ACCOUNT - Z177~FILING FEE HOLDING ACCOUNT - Z177 | $0.00 | $5.00 | $0.00 | $0.00 |
| 20060123 22:30 | CN - Canteen | 6009372 | | CJ | ~Canteen Date : 20060123 | $0.00 | $0.40 | $0.00 | $0.00 |
| 20060130 22:30 | CN - Canteen | 6042607 | | CJ | ~Canteen Date : 20060130 | $0.00 | $0.40 | $0.00 | $0.00 |
| 20060206 22:30 | CN - Canteen | 6081774 | | CJ | ~Canteen Date : 20060206 | $0.00 | $0.40 | $0.00 | $0.00 |
| 20060210 08:44 | ML - Mail | 6111873 | 08461616484/M.O. | CJ | ~CANNOT READ NAME | $350.00 | $0.00 | $0.00 | $0.00 |
| 20060210 08:44 | MA - Maintenance and Administration | 6111876 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060213 22:30 | CN - Canteen | 6120232 | | CJ | ~Canteen Date : 20060213 | $0.00 | $0.40 | $0.00 | $0.00 |
| 20060216 16:54 | IS - Interest | 6148929 | | CJ | | $0.11 | $0.00 | $0.00 | $0.00 |
| 20060221 11:28 | IC - Transfer from Inmate to Club A/c | 6174088 | | CJ | ~20% OF $350.00 INCOME RECEIVED 2/10/06 - CFF #05-10858~FILING FEE HOLDING ACCOUNT - Z177~FILING FEE HOLDING ACCOUNT - Z177 | $0.00 | $70.00 | $0.00 | $0.00 |
| 20060222 08:46 | EX - External Disbursement | 6174919 | 37477 | CJ | ~CENTURY BANK | $0.00 | $200.00 | $0.00 | $0.00 |
| 20060301 12:01 | IC - Transfer from Inmate to Club A/c | 6214787 | | CJ | ~POSTAGE (LEGAL CA 05-02520)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.20 | $0.00 | $0.00 |
| 20060301 12:01 | IC - Transfer from Inmate to Club A/c | 6214792 | | CJ | ~POSTAGE (LEGAL CA 05-02520)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $4.20 | $0.00 | $0.00 |
| 20060301 12:02 | IC - Transfer from Inmate to Club A/c | 6214803 | | CJ | ~POSTAGE (3 LEGAL ENV.)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.17 | $0.00 | $0.00 |
| 20060301 16:55 | IS - Interest | 6220025 | | CJ | | $1.02 | $0.00 | $0.00 | $0.00 |
| 20060301 22:30 | CN - Canteen | 6233224 | | CJ | ~Canteen Date : 20060301 | $0.00 | $0.40 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060920 09:49

| Commit# : | W52145 | | | MCI CEDAR JUNCTION | | | Page : 2 |
|---|---|---|---|---|---|---|---|
| Name : | GASKINS, TONY, , | | | Statement From | 20060101 | | |
| Inst : | MCI CEDAR JUNCTION | | | To | 20060920 | | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | | | |
| Cell/Bed : | 186 /A | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060303 14:50 | EX - External Disbursement | 6251516 | 37680 | CJ | ~DEPOSIT~TD BANKNORTH | $0.00 | $75.00 | $0.00 | $0.00 |
| 20060303 14:50 | MA - Maintenance and Administration | 6251518 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060321 10:54 | IC - Transfer from Inmate to Club A/c | 6337432 | | CJ | ~POSTAGE (LEGAL MAIL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.87 | $0.00 | $0.00 |
| 20060321 11:00 | IC - Transfer from Inmate to Club A/c | 6337513 | | CJ | ~POSTAGE (U.S. DISTRICT COURT)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060321 11:01 | IC - Transfer from Inmate to Club A/c | 6337516 | | CJ | ~POSTAGE (DAVID RENTSCH, ESQ)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060321 11:01 | IC - Transfer from Inmate to Club A/c | 6337519 | | CJ | ~POSTAGE (LEGAL MAIL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060321 11:01 | IC - Transfer from Inmate to Club A/c | 6337522 | | CJ | ~POSTAGE (JOHN BARTER, ESQ)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060327 11:56 | IC - Transfer from Inmate to Club A/c | 6365373 | | CJ | ~POSTAGE (LEGAL MAIL TO DERICK TYLER)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060327 11:56 | IC - Transfer from Inmate to Club A/c | 6365377 | | CJ | ~POSTAGE (LEGAL MAIL TO MACARTHUR DENSON)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060327 11:57 | IC - Transfer from Inmate to Club A/c | 6365378 | | CJ | ~POSTAGE (2 ENV)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.78 | $0.00 | $0.00 |
| 20060404 14:09 | IC - Transfer from Inmate to Club A/c | 6407488 | | CJ | ~POSTAGE (LEGAL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060406 16:49 | IS - Interest | 6434161 | | CJ | | $0.20 | $0.00 | $0.00 | $0.00 |
| 20060410 22:30 | CN - Canteen | 6460667 | | CJ | ~Canteen Date : 20060410 | $0.00 | $3.90 | $0.00 | $0.00 |
| 20060424 22:30 | CN - Canteen | 6529278 | | CJ | ~Canteen Date : 20060424 | $0.00 | $3.90 | $0.00 | $0.00 |
| 20060425 11:35 | IC - Transfer from Inmate to Club A/c | 6532329 | | CJ | ~POSTAGE (SUFF.SUP.CRT)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060425 11:35 | IC - Transfer from Inmate to Club A/c | 6532331 | | CJ | ~POSTAGE (LEGAL MAIL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060425 11:36 | IC - Transfer from Inmate to Club A/c | 6532332 | | CJ | ~POSTAGE (LEGAL MAIL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060425 11:36 | IC - Transfer from Inmate to Club A/c | 6532334 | | CJ | ~POSTAGE (LEGAL MAIL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060425 11:36 | IC - Transfer from Inmate to Club A/c | 6532335 | | CJ | ~POSTAGE (LEGAL MAIL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060504 16:50 | IS - Interest | 6594856 | | CJ | | $0.14 | $0.00 | $0.00 | $0.00 |
| 20060515 22:30 | CN - Canteen | 6657575 | | CJ | ~Canteen Date : 20060515 | $0.00 | $3.90 | $0.00 | $0.00 |
| 20060518 11:47 | IC - Transfer from Inmate to Club A/c | 6679840 | | CJ | ~POSTAGE (JOHN BARKER, ESQ.)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060522 22:30 | CN - Canteen | 6691763 | | CJ | ~Canteen Date : 20060522 | $0.00 | $0.40 | $0.00 | $0.00 |
| 20060526 22:30 | CN - Canteen | 6722145 | | CJ | ~Canteen Date : 20060526 | $0.00 | $7.80 | $0.00 | $0.00 |
| 20060531 12:30 | IC - Transfer from Inmate to Club A/c | 6730914 | | CJ | ~POSTAGE (JOHN BARTER, ESQ)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date: 20060920 09:49

| | | | | | Page: 3 |
|---|---|---|---|---|---|
| Commit# : | W52145 | | MCI CEDAR JUNCTION | | |
| Name : | GASKINS, TONY, , | | Statement From | 20060101 | |
| Inst : | MCI CEDAR JUNCTION | | To | 20060920 | |
| Block : | DEPARTMENT DISCIPLINARY UNIT | | | | |
| Cell/Bed : | 186 /A | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| 20060531 12:31 | IC - Transfer from Inmate to Club A/c | 6730918 | | CJ | ~POSTAGE (MCLS)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.63 | $0.00 | $0.00 |
| 20060531 12:31 | IC - Transfer from Inmate to Club A/c | 6730919 | | CJ | ~POSTAGE (PATRICIA GARIN, ESQ)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060531 12:34 | IC - Transfer from Inmate to Club A/c | 6730934 | | CJ | ~POSTAGE (2 LEGAL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $1.74 | $0.00 | $0.00 |
| 20060602 09:41 | ML - Mail | 6749989 | | CJ | ~KATRINA GASKINS | $20.00 | $0.00 | $0.00 | $0.00 |
| 20060602 09:41 | MA - Maintenance and Administration | 6749991 | | CJ | ~Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060605 22:30 | CN - Canteen | 6760019 | | CJ | ~Canteen Date : 20060605 | $0.00 | $7.80 | $0.00 | $0.00 |
| 20060606 08:52 | IC - Transfer from Inmate to Club A/c | 6763089 | | CJ | ~POSTAGE (2 LEGAL)~POSTAGE - Z11~POSTAGE - Z11 | $0.00 | $0.39 | $0.00 | $0.00 |
| 20060606 17:01 | IS - Interest | 6769818 | | CJ | | $0.08 | $0.00 | $0.00 | $0.00 |
| 20060612 22:30 | CN - Canteen | 6815734 | | CJ | ~Canteen Date : 20060612 | $0.00 | $7.80 | $0.00 | $0.00 |
| 20060622 09:33 | IC - Transfer from Inmate to Club A/c | 6872218 | | CJ | ~20% OF $20 INCOME RECEIVED 6/2/06 - CFF #05-10858~FILING FEE HOLDING ACCOUNT - Z177~FILING FEE HOLDING ACCOUNT - Z177 | $0.00 | $4.00 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6967226 | | CJ | | $0.05 | $0.00 | $0.00 | $0.00 |
| 20060801 16:44 | IS - Interest | 7084495 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| 20060905 16:52 | IS - Interest | 7274065 | | CJ | | $0.01 | $0.00 | $0.00 | $0.00 |
| | | | | | | $421.66 | $431.60 | $0.00 | $0.00 |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $2.35 | $0.00 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $2.35 | $0.00 | $7.08 | $0.00 | $4.77 | $0.00 |