UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tony B. Gaskins,

    Plaintiff,

v.

Dr. Carl Singletary, et al.,

    Defendants.

Civil Action
No. 05-10858-GAO

### LATE NOTICE OF APPEAL

The Plaintiff, Tony B. Gaskins, seeks leave of court to file a late notice of appeal. There has been a mix up when Mr. Gaskins filed his motion for leave to appeal in forma pauperis and his appeal was never docketed in the Court of Appeals. See attached letter.

Respectfully Submitted,

Dated: 10/15/07

Tony B. Gaskins, Pro se
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

### CERTIFICATE OF SERVICE

I, Tony B. Gaskins, certify that I caused a copy to be served by first class mail, postage prepaid on:

Jody Adams Brenner, Esq.
Department of Correction
Legal Division
70 Franklin Street, Suite 600
Boston, Ma. 02110-1300

James A. Bello, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, Ma. 02210

10/15/07

Tony B. Gaskins, Pro se

Mr. Tony B. Gaskins
MCI-Cedar Junction
P.O. Box 100
South Walpole, Ma. 02071

Sarah A. Thornton, Clerk
United States District Court         Dated: 10/15/2007
1 Courthouse Way, Suite 2300
Boston, Ma. 02210

FILED
IN CLERKS OFFICE
OCT 22 P 1: 37
U.S. DISTRICT COURT
DISTRICT OF MASS.

Re: <u>Gaskins v. Dr. Carl Singletary, et al.</u>,
    <u>No. 05-CV-10858-GAO</u>

Dear Mrs. Thornton:

    On 10/3/06, I filed my motion for leave to appeal to the First Circuit in Forma Pauperis and Judge O'Toole granted that motion on 11/30/06, however, my appeal was never docketed with the United States Court of Appeals for the First Circuit. When I filed my motion for leave to appeal, my understanding was that was my notice of appeal. If for some reason it wasn't, then I am submitting my notice of appeal with this letter.

    Thank you for your attention to this matter.

                                              Very truly yours,

                                              Tony B. Gaskins, Pro se

Enclosures

cc: Jody Adams Brenner, Esq.
    James A. Bello, Esq.

OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

October 12, 2007

Tony M. Gaskins
MCI-Cedar Junction
P.O. Box 100
South Walpole, MA 02071

Dear Mr. Gaskins:

    I am writing in response to your letter dated September 14, 2007. This court has never opened a case because the district court did not certify and transmit an appeal. Further, there is nothing on the district court docket identified as a notice of appeal. If you think that you filed a notice of appeal or intended that your motion for leave to appeal in forma pauper serve as such notice, you should file a motion in the district court explaining the problem and seeking appropriate relief.

                      Yours sincerely,

                        Margaret Carter
                        Chief Deputy Clerk

cc:    Jody Adams Brenner
       Department of Corrections
       70 Franklin Street, Suite 600
       Boston, MA 02110

       James A. Bello
       Morrison, Mahoney LLP
       250 Summer Street
       Boston, MA 02210