## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USDC Docket Number :  1:05-cv-10858 GAO

Tony B. Gaskins

v.

UMass Correctional Heath Services

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,32,33,34,35,36 37,38,39,40,41,42,43,44,45,46,47,48,49,50,51,52,53,54,55,56,56,57

and contained in  I Volume(s) are the original or electronically filed  pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   10/22/2007 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 29, 2007.

Sarah A Thornton, Clerk of Court

By:   Francis Castilla
      Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:          _____

- 3/06

*UNITED STATES DISTRICT COURT*
*DISTRICT OF MASSACHUSETTS*

USDC Docket Number : 1:05-cv-10858 GAO

Tony B. Gaskins

v.

UMass Correctional Heath Services

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28,29,30,31,32,33,34,35,36 37,38,39,40,41,42,43,44,45,46,47,48,49,50,51,52,53,54,55,56,56,57

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on   10/22/2007 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on November 29, 2007.

Sarah A Thornton, Clerk of Court

By:   Francis Castilla
      Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:  _____

- 3/06

ECF - USDC Massachusetts - Version 3.0.5 - Docket Report    Page 1 of 7
Case 1:05-cv-10858-GAO   Document 58-2   Filed 11/29/2007   Page 1 of 7

APPEAL, CASREF

United States District Court
District of Massachusetts (Boston)
CIVIL DOCKET FOR CASE #: 1:05-cv-10858-GAO

Gaskins et al v. Umass Correctional Health Services et. al.
Assigned to: Judge George A. O'Toole, Jr
Referred to: Magistrate Judge Marianne B. Bowler
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/25/2005
Date Terminated: 09/28/2006
Jury Demand: None
Nature of Suit: 550 Prisoner: Civil Rights
Jurisdiction: Federal Question

**Petitioner**

**Tony B. Gaskins**                    represented by **Tony B. Gaskins**
                                                      W52145
                                                      MCI Cedar Junction
                                                      P.O. Box 100
                                                      Walpole, MA 02071
                                                      PRO SE

V.

**Defendant**

**UMass Correctional Health Services**   represented by **James A. Bello**
*TERMINATED: 09/02/2005*                                Morrison, Mahoney LLP
                                                        250 Summer Street
                                                        Boston, MA 02210
                                                        617-737-8803
                                                        Fax: 617-342-4968
                                                        Email: jbello@morrisonmahoney.com
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**RN Susan J Martin**                   represented by **Jody Adams Brenner**
*Health Services Director*                              Department of Correction
                                                        70 Franklin Street
                                                        Suite 600
                                                        Boston, MA 02110
                                                        617-727-3300
                                                        Fax: 617-727-7403
                                                        Email: jabrenner@doc.state.ma.us
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

**David Nolan**                         represented by **Jody Adams Brenner**
*Superintendent*                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Lisa Mitchell**<br>*Deputy Superintendent* | | represented by **Jody Adams Brenner**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **U Mass Correctional Health** | | represented by **James A. Bello**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Dr. Carl Singletary** | | represented by **James A. Bello**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Stanley Galas** | | represented by **James A. Bello**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/25/2005 | 1 | MOTION for Leave to Proceed in forma pauperis by Tony B. Gaskins.(Jenness, Susan) (Entered: 04/28/2005) |
| 04/25/2005 | 2 | MOTION Serve Defendants by Regular Mail by Tony B. Gaskins.(Jenness, Susan) (Entered: 04/28/2005) |
| 04/25/2005 | 3 | MOTION to Appoint Counsel by Tony B. Gaskins.(Jenness, Susan) (Entered: 04/28/2005) |
| 04/25/2005 | 4 | COMPLAINT against UMass Correctional Health Services, Susan J Martin, David Nolan, Lisa Mitchell Filing fee: $ 0.00, receipt number 0.00, filed by Tony B. Gaskins. (Attachments: # 1 Civil Cover Sheet)(Jenness, Susan) (Entered: 04/28/2005) |
| 04/25/2005 |  | If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Bowler. (Jenness, Susan) (Entered: 04/28/2005) |
| 05/09/2005 | 5 | Judge George A. O'Toole Jr.: MEMORANDUM AND ORDER entered re: 1 Motion for Leave to Proceed in forma pauperis (#1), Motion to serve defendants by mail (#2), and Motion to Appoint Counsel (#3): 1. Plaintiff's Motion to Proceed in forma pauperis is allowed and the filing fee is assessed pursuant to 28 U.S.C. section 1915(b); 2. Plaintiff's Motion for Appointment of Counsel (#3) is denied without prejudice; 3. Plaintiff's Motion for Service by Regular Mail (#2) is denied as moot; and 4. Plaintiff shall, within forty-two (42) days, show cause in writing why the claims against Defendant U Mass. Correctional Health Services should not be dismissed. (Greenberg, Rebecca) (Entered: 05/11/2005) |
| 05/09/2005 | 6 | Judge George A. O'Toole Jr.: ORDER on Application to Proceed Without |

| | | |
|---|---|---|
| | | Prepayment of Fees entered. An initial partial filing fee of $21.32 is assessed, with the balance of $228.68 to be assessed in accordance with 28 U.S.C. section 1915(b)(2). It is Further Ordered that the Clerk issue summonses and the United States Marshal serve a copy of the complaint, summons, and this order as directed by the plaintiff, with all costs of service to be advanced by the United States, only as to defendants Susan J. Martin, David Nolan, and Lisa Mitchell. (Greenberg, Rebecca) (Entered: 05/11/2005) |
| 05/11/2005 | 7 | NOTICE: re payment of fee (prisoner filer) issued to the Treasurer at MCI Cedar Junction (Greenberg, Rebecca) (Entered: 05/11/2005) |
| 05/24/2005 | 8 | MOTION to Show Cause why claim should not be dismissed against Umass Correctional Health Services by Tony B. Gaskins.(Edge, Eugenia) (Entered: 05/25/2005) |
| 06/06/2005 | 9 | MOTION to Amend 4 Complaint by Tony B. Gaskins. c/s (Attachments: # 1 proposed amended complaint)(Edge, Eugenia) (Entered: 06/08/2005) |
| 06/17/2005 | 10 | US Marshal Process Receipt and Return for Civil Action. Lisa Mitchell, Deputy Superintendent served Delivered on June 8, 2005 (Edge, Eugenia) (Entered: 06/20/2005) |
| 06/17/2005 | 11 | US Marshal Process Receipt and Return for Civil Action. David Nolan, Superintendent served Delivered on June 8, 2005 (Edge, Eugenia) (Entered: 06/20/2005) |
| 06/28/2005 | 12 | NOTICE of Appearance by Jody T. Adams on behalf of Susan J Martin, David Nolan, Lisa Mitchell (Adams, Jody) (Entered: 06/28/2005) |
| 06/28/2005 | 13 | MOTION for Extension of Time to July 28, 2005 to File Response/Reply as to 4 Complaint by Susan J Martin, David Nolan, Lisa Mitchell.(Adams, Jody) (Entered: 06/28/2005) |
| 07/07/2005 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 13 Motion for Extension of Time to File Response/Reply re 13 MOTION for Extension of Time to July 28, 2005 to File Response/Reply as to 4 Complaint Responses due by 7/28/2005 (Lyness, Paul) (Entered: 07/07/2005) |
| 07/11/2005 | 14 | US Marshal Process Receipt and Return for Civil Action. Susan T. Martin served Delivered on July 6, 2005 (Edge, Eugenia) (Entered: 07/13/2005) |
| 07/27/2005 | 15 | MOTION to Dismiss *and/or Motion for Summary Judgment* by Susan J Martin, David Nolan, Lisa Mitchell.(Adams, Jody) (Entered: 07/27/2005) |
| 07/27/2005 | 16 | MEMORANDUM in Support re 15 MOTION to Dismiss *and/or Motion for Summary Judgment* filed by Susan J Martin, David Nolan, Lisa Mitchell. (Attachments: # 1 Exhibit 1# 2 Exhibit 1, part 2# 3 Exhibit 1, part 3# 4 Exhibit 2)(Adams, Jody) (Entered: 07/27/2005) |
| 07/27/2005 | 17 | MOTION to Stay *All Further Proceedings Pending the Outcome of Defendants' Motion to Dismiss and/or Motion for Summary Judgment* by Susan J Martin, David Nolan, Lisa Mitchell.(Adams, Jody) (Entered: 07/27/2005) |
| 07/27/2005 | 18 | MOTION Waive Local Rule 7.1(A)(2) by Susan J Martin, David Nolan, Lisa Mitchell.(Adams, Jody) (Entered: 07/27/2005) |
| 08/05/2005 | 19 | MOTION to Stay and to Permit Discovery re 15 MOTION to Dismiss *and/or* |

| | | |
|---|---|---|
| | | *Motion for Summary Judgment* by Tony B. Gaskins. c/s (Attachments: # 1 Attached documents)(Edge, Eugenia) (Entered: 08/10/2005) |
| 08/15/2005 | 20 | Opposition re 19 MOTION to Stay re 15 MOTION to Dismiss *and/or Motion for Summary Judgment* filed by Susan J Martin, David Nolan, Lisa Mitchell. (Adams, Jody) (Entered: 08/15/2005) |
| 08/15/2005 | 21 | MOTION to Appoint Counsel by Tony B. Gaskins. (Attachments: # 1 Affidavit of Tony Gaskins)(Edge, Eugenia) (Entered: 08/18/2005) |
| 09/01/2005 | 22 | Judge George A. O'Toole Jr.: MEMORANDUM AND ORDER entered: Plaintiff's Motion to Appointment of Counsel (#21) is Denied; Plaintiff's Motion to Amend Complaint (#9) to add additional individual defendants is Allowed; the clerk shall modify the docket accordingly; Summonses shall issue with respect to Dr. Carl Singletary and Nurse Practitioner Stanley Galas as defendants, with costs of service to be paid by the United States Marshal's Office; and the claims against Defendant University of Mass. Correctional Health Care Services are dismissed. (PSSA1) (Entered: 09/02/2005) |
| 09/02/2005 | | Summons Issued as to Carl Singletary, Stanley Galas. (PSSA1) (Entered: 09/02/2005) |
| 09/15/2005 | 23 | US Marshal Process Receipt and Return for civil complaint. Stanley Galas, Nurse Practioner served Delivered on September 9, 2005 (Edge, Eugenia) (Entered: 09/19/2005) |
| 09/15/2005 | 24 | US Marshal Process Receipt and Return for civil complaint. Dr. Carl Singletary served Delivered on September 9, 2005 (Edge, Eugenia) (Entered: 09/19/2005) |
| 09/20/2005 | 25 | MOTION for Pre-trial Conference by Tony B. Gaskins. c/s(Edge, Eugenia) (Entered: 09/21/2005) |
| 09/22/2005 | 26 | *Defendants* ANSWER to Complaint *Plaintiff's Amended Verified Civil Complaint* by U Mass Correctional Health.(Bello, James) (Entered: 09/22/2005) |
| 09/22/2005 | 27 | *Defendant's* ANSWER to Complaint *Plaintiff's Amended Verified Complaint* by Stanley Galas.(Bello, James) (Entered: 09/22/2005) |
| 09/22/2005 | 28 | *Defendant's* ANSWER to Complaint *Plaintiff's Amended Verified Civil Complaint* by Carl Singletary.(Bello, James) (Entered: 09/22/2005) |
| 09/26/2005 | 29 | Judge George A. O'Toole Jr.: ORDER entered. REFERRING CASE to Magistrate Judge Marianne B. Bowler Referred for: for full pretrial case management, including all dispositive motions and a Report and Recommendation on all dispositive motions Copy of order mailed out to the plaintiff(Lyness, Paul) (Entered: 09/26/2005) |
| 10/06/2005 | 30 | US Marshal Process Receipt and Return for Civil Action. Dr. Carl Singletary served Delivered on 10/5/05 (Edge, Eugenia) (Entered: 10/06/2005) |
| 10/06/2005 | 31 | US Marshal Process Receipt and Return for Civil Action. Staley Galas served Delivered on 10/5/05 (Edge, Eugenia) (Entered: 10/06/2005) |
| 10/28/2005 | 32 | MOTION for Summary Judgment *Defendants Galas and Singletary, M.D.* by Stanley Galas.(Levin, Boaz) (Entered: 10/28/2005) |
| 10/28/2005 | 33 | MEMORANDUM in Support re 32 MOTION for Summary Judgment *Defendants Galas and Singletary, M.D.* filed by Stanley Galas. (Levin, Boaz) |

| | | |
|---|---|---|
| | | (Entered: 10/28/2005) |
| 10/28/2005 | ◉34 | STATEMENT of facts re 32 MOTION for Summary Judgment *Defendants Galas and Singletary, M.D.*. (Levin, Boaz) (Entered: 10/28/2005) |
| 10/28/2005 | ◉35 | STATEMENT of facts re 32 MOTION for Summary Judgment *Defendants Galas and Singletary, M.D. Statement of Legal Basis for Summary Judgment*. (Levin, Boaz) (Entered: 10/28/2005) |
| 10/28/2005 | ◉36 | AFFIDAVIT in Support re 32 MOTION for Summary Judgment *Defendants Galas and Singletary, M.D. Affidavit of Stanley Galas attached Exhibits 1-11*. (Attachments: # (1))(Levin, Boaz) Additional attachment(s) added on 10/31/2005 (Edge, Eugenia). Additional attachment(s) added on 10/31/2005 (Edge, Eugenia). (Entered: 10/28/2005) |
| 10/31/2005 | ◉37 | MOTION to Stay *All Further Proceedings Pending the Outcome of Defendants' Motion for Summary Judgment* by Stanley Galas.(Levin, Boaz) (Entered: 10/31/2005) |
| 11/22/2005 | ◉38 | MOTION for Writ of Habeas Corpus ad testificandum by Tony B. Gaskins. (Edge, Eugenia) (Entered: 11/22/2005) |
| 11/22/2005 | ◉39 | Opposition re 15 Motion for Summary Judgment, 32 MOTION for Summary Judgment *Defendants Galas and Singletary, M.D.* filed by Tony B. Gaskins. (Edge, Eugenia) Modified on 11/23/2005 to add text (Edge, Eugenia). (Entered: 11/22/2005) |
| 11/22/2005 | ◉40 | AFFIDAVIT in Support re 39 Opposition to Motion. (Edge, Eugenia) Additional attachment(s) added on 11/22/2005 (Edge, Eugenia). (Entered: 11/22/2005) |
| 11/22/2005 | ◉41 | MEMORANDUM OF LAW in Support by Tony B. Gaskins to 39 Opposition to Motion. (Edge, Eugenia) (Entered: 11/22/2005) |
| 12/19/2005 | ◉42 | MOTION for Order for proper pens to file pleadings in this action by Tony B. Gaskins. c/s(Edge, Eugenia) Additional attachment(s) added on 12/21/2005 (Edge, Eugenia). (Entered: 12/20/2005) |
| 12/27/2005 | ◉43 | Opposition re 42 MOTION for Order to proper pens to file pleadings in this action filed by Susan J Martin, David Nolan, Lisa Mitchell. (Attachments: # 1 Exhibit One# 2 Exhibit Two)(Adams, Jody) (Entered: 12/27/2005) |
| 01/12/2006 | ◉44 | REPLY to Response to Motion re 42 MOTION for Order to proper pens to file pleadings in this action filed by Tony B. Gaskins. c/s (Attachments: # 1 Attached documents)(Edge, Eugenia) (Entered: 01/13/2006) |
| 07/31/2006 | ◉ | Judge Marianne B. Bowler: Electronic ORDER entered finding as moot 37 Motion to Stay; denying 38 Motion for Writ of Habeas Corpus ad testificandum; denying 42 Motion for Order, for the reasons stated in part II(B)(5) of the September 13, 2005 Order in Civil Action No. 05-10630-JLT and as stated in defendants' opposition (Docket Entry # 43); finding as moot 17 Motion to Stay; granting 18 Motion and denying 25 Motion for Hearing. (Bowler, Marianne) (Entered: 07/31/2006) |
| 07/31/2006 | ◉45 | Judge Marianne B. Bowler : ORDER entered. REPORT AND RECOMMENDATION re 19 MOTION to Stay is DENIED; 15 MOTION to Dismiss *and/or Motion for Summary Judgment* filed by Tony B. Gaskins is ALLOWED and 32 MOTION for Summary Judgment *filed by Defendants Galas* |

| | | |
|---|---|---|
| | | and *Singletary, M.D.* is ALLOWED. Objections to R&R due by 8/14/2006 (Feeney, Eileen) (Entered: 07/31/2006) |
| 08/01/2006 | 46 | MOTION for Leave of Court to Expand the Record. by Tony B. Gaskins. c/s. Attached document contains personal information. (Edge, Eugenia) (Entered: 08/02/2006) |
| 08/04/2006 | 47 | Judge Marianne B. Bowler: ORDER entered. MEMORANDUM AND ORDER Re: Plaintiff's Motion for leave of court to expand the record, #46 is DENIED. (Feeney, Eileen) (Entered: 08/04/2006) |
| 08/15/2006 | 48 | MOTION for Leave to Appeal by Tony B. Gaskins.(Edge, Eugenia) (Entered: 08/18/2006) |
| 08/15/2006 | 49 | OBJECTION to 45 Report and Recommendations filed by Tony B. Gaskins. (Edge, Eugenia) (Entered: 08/18/2006) |
| 08/30/2006 | 50 | REPLY TO OBJECTION to 45 Report and Recommendations *Defs.Response to Plft's Written Objections to Recommendations of the Court* filed by Stanley Galas. (Levin, Boaz) (Entered: 08/30/2006) |
| 09/28/2006 | 51 | Judge George A. O'Toole Jr.: ORDER entered. ORDER ADOPTING REPORT AND RECOMMENDATIONS for 45 Report and Recommendations,, 15 Motion to Dismiss filed by Lisa Mitchell,, David Nolan,, Susan J Martin. Action on motion: After review of the original motions and related papers, as well as the present report and the plaintiff's objections to it, I ADOPT the report and ACCEPT its recommendation. Accordingly, the defendants' respective motions for summary judgment (dkt.nos. 15 and 32) are GRANTED, and judgment shall enter in favor of the defendants. (Edge, Eugenia) (Entered: 09/29/2006) |
| 09/28/2006 | 52 | Judge George A. O'Toole Jr.: ORDER entered. JUDGMENT in favor of defendants against plaintiff(Edge, Eugenia) (Entered: 09/29/2006) |
| 10/23/2006 | 53 | MOTION for Leave to Appeal in forma pauperis by Tony B. Gaskins. (Attachments: # 1 Attached documents)(Edge, Eugenia) (Entered: 10/24/2006) |
| 10/26/2006 | | Remark: Nature of Suit modified to reflect civil rights suit by prisoner (not habeas petition). (PSSA, 1) (Entered: 10/26/2006) |
| 11/30/2006 | | Judge George A. O'Toole Jr.: Electronic ORDER entered granting 53 Motion for Leave to Appeal in forma pauperis. (O'Toole, George) (Entered: 11/30/2006) |
| 03/30/2007 | | Remark : Leave to appeal in forma pauperis was granted on 11/30/06, petitioner has not filed his notice of appeal. (Edge, Eugenia) Modified on 3/30/2007 (Edge, Eugenia). (Entered: 03/30/2007) |
| 10/22/2007 | 54 | NOTICE OF APPEAL by Tony B. Gaskins NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals.Appeal Record due by 11/12/2007. (Attachments: # 1 Cover Letter in response to M.Carter# 2 Letter from M.Carter, Court of Appeals)(Edge, Eugenia) (Entered: 10/24/2007) |
| 10/31/2007 | 55 | MOTION to Strike 54 Notice of Appeal, *as Untimely* by Susan J Martin, David Nolan, Lisa Mitchell. (Attachments: # 1 Exhibit 1)(Brenner, Jody) (Entered: 10/31/2007) |
| | | |

| | | |
|---|---|---|
| 11/02/2007 | ●56 | MOTION to Strike 54 Notice of Appeal, by UMass Correctional Health Services.(Bello, James) (Entered: 11/02/2007) |
| 11/28/2007 | ●57 | Judge George A. O'Toole Jr.: ORDER entered Allowing petitioner to file Late Notice of Appeal, denying 55 Motion to Strike ; denying 56 Motion to Strike. "Accordingly, the motion for leave to appeal in forma pauperis filed October 23, 2006, is properly construed as a notice of appeal. So construed it was a timely notice. Fed. R. App. P. 4(a)(1)(A). It is SO ORDERED. Receipt of the entry mailed to petitioner at MCI Cedar Junction. (Edge, Eugenia) (Entered: 11/28/2007) |